UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL WILLIAM THOMAS,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:09-cv-00633-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (First Request) (#7), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#7) is **GRANTED**. Respondents shall have through February 22, 2010, to file and serve an answer or other response to the Petition (#4).

    DATED this 28th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE