# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL WILLIAM THOMAS,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:09-CV-00633-LRH-(VPC)

**ORDER**

    Petitioner has submitted a Motion for Production of Documents (#9), in which he asks the Court to order Respondents to submit the record of his proceedings in state court.  The exhibits that Respondents have submitted with their Motion to Dismiss (#10) appear to have mooted Petitioner's request.

    IT IS THEREFORE ORDERED that Petitioner's Motion for Production of Documents (#9) is **DENIED** as moot.

    DATED this 2nd day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE